AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Tonia Hollis f/k/a Tonia Cook

V.

Northland Group, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 08cv4985 DWF/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant's Motion for Judgment on the Pleadings (Doc. No. 7) is **GRANTED**.

2. Plaintiff's Complaint (Doc. No. 1) is **DISMISSED**.

|  |  |
|---|---|
| February 3, 2009 | RICHARD D. SLETTEN, CLERK |
| Date | s/V. Moralez |
|  | (By)       V. Moralez,    Deputy Clerk |

Form Modified: 09/16/04